# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **DAVID TOM** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:24-cv-01208-KAS |
| ) | |
| **THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE;** ) | |
| **FORBES & YORK INSURANCE LLC D/B/A** ) | |
| **MEDADVANTAGE PARTNERS** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Jennifer Sanabria, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to The Assurance Pivot, LLC in Adams County, CO on May 6, 2024 at 2:33 pm at 36 South 18th Avenue, Suite D, Brighton, CO 80601 by leaving the following documents with Martin Orona who as Client Service Specialist at InCorp Services, Inc is authorized by appointment or by law to receive service of process for The Assurance Pivot, LLC.

Complaint

Hispanic or Latino Male, est. age 25-34, glasses: Y, Black hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.9859232689,-104.8002573476
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Adams County   ,

   CO    on   5/7/2024   .

*/s/ Jennifer Sanabria*

Signature
Jennifer Sanabria
+1 (720) 492-7818

