# UNITED STATES DISTRICT COURT
for the
District of Colorado

**DAVID TOM, individually and on behalf of all others similarly situated**

*Plaintiff*

v.

**THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS, FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS**

*Defendant*

Civil Action No. 1:24-cv-01208-KAS

## AFFIDAVIT OF SERVICE

I, Nicole Ashley, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Forbes & York Insurance in Broward County, FL on May 8, 2024 at 4:23 pm at 6245 North Federal Highway, Suite 321, Fort Lauderdale, FL 33308 by leaving the following documents with Susan (last name refused) who as Receptionist is authorized by appointment or by law to receive service of process for Forbes & York Insurance.

Complaint

White Female, est. age 45-54, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.2049216728,-80.1087369676
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Broward County, FL on 5/8/2024.

/s/ *Nicole Ashley*

Signature
Nicole Ashley
+1 (561) 690-0049



