UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01208-KAS

DAVID TOM, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.
_____/

## AFFIDAVIT OF JACK STAPLETON

1. My name is Jack Stapleton and I am above the age of legal majority and otherwise competent to make this affidavit.

2. I am the founder and manager of defendant Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("Forbes").

3. I either have personal knowledge regarding the matters set forth herein, or have gained knowledge through my review of records maintained by Forbes in the ordinary course of business.

4. I make this affidavit in support of Forbes's motion to dismiss the complaint filed by plaintiff David Tom ("Tom").

5. Forbes is a Florida limited liability company and was organized in and is a resident of Florida.

6. Forbes's only physical office and place of business is located in Florida.

1

7. Forbes is a health insurance agency that serves clients nationwide. Forbes has in-house agents physically located in Florida that are licensed to sell health insurance in forty-four states, including in Colorado.

8. Forbes engages marketing companies who are all physically located overseas to initiate phone calls to identify individuals who may be interested in health insurance plans. Those potential customers who express interest are then transferred to a Forbes in-house agent in Florida who is licensed in that customer's state.

9. If the customer remains interested, Forbes' in-house agent will ultimately refer the customer to an appropriate health insurance company who has contracted with Forbes, from whom Forbes might ultimately earn a commission. Forbes never contracts directly with any individual with whom its in-house agents speak.

10. Forbes does not have an office or other physical location in Colorado, does not own any real estate or other property in Colorado, and does not have any officers, employees or independent contractors who reside in Colorado.

11. Forbes has never brought suit in Colorado, and other than this lawsuit Forbes has never been sued in Colorado.

12. Forbes did not enter into a contract or any other official arrangement of any kind with co-defendant The Assurance Pivot, LLC d/b/a Skybridges Leads ("Assurance"). Forbes has no business relationship whatsoever with Assurance. Forbes has never entered into any contracts with any Colorado company or individual.

13. Forbes does not have a website.

14. Forbes does not purposefully direct advertising into Colorado for the purpose of seeking business from Colorado residents.

15. Forbes earns less than 2.5% of its annual income from its contracting health insurance companies arising out of referrals from individuals who reside in Colorado.

**FURTHER AFFIANT SAYETH NAUGHT**

_/s/ Jack Stapleton_
JACK STAPLETON

STATE OF Florida )
COUNTY OF Palm Beach )

The foregoing instrument was sworn to and subscribed before me this 29th day of May, 2024, by Jack Stapleton, who is personally known to me or produced identification, and who took an oath.

_____
Signature of Notary Public

Ana Young
HH343080
Exp: Dec 19/2026

ANA YOUNG
Notary Public, State of Florida
Commission# HH 343080
My comm. expires Dec. 19, 2026

3