UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01208-KAS

DAVID TOM, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.

---

**PROPOSED ORDER ON MOTION DEFENDANT FORBES & YORK INSURANCE LLC d/b/a MEDADVANTAGE PARTNERS' MOTION TO DISMISS COMPLAINT**

---

This matter comes before the Court on the motion by Defendant Forbes & York Insurance LLC to dismiss the Complaint. The Court, being fully advised hereby Orders:

_____
_____

BY THE COURT:

_____
United States Magistrate Judge

1

**Error! Unknown document property name.**