# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| DAVID TOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS<br><br>AND<br><br>THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS<br>Defendants. | Case No. 24-cv-01208<br><br>**JOINT STIPULATION AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA** |

Pursuant to 28 U.S.C. § 1404, Plaintiff David Tom ("Plaintiff") and Defendant[1] Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("Forbes & York" or "Defendant") (together, the "Parties"), through their respective counsel, hereby submit this Joint Stipulation and [Proposed] Order to Transfer Venue to the United States District Court for the Middle District of Florida. Plaintiff and Forbes & York, through their respective attorneys of record, agree and stipulate as follows:

---

[1] The Assurance Pivot, LLC d/b/a Skybridge Leads has filed no appearance in this action.

2

1. In May of 2024, Plaintiff filed the Complaint in this action, ECF No. 1.

2. Forbes & York responded to Plaintiff's Complaint on by filing a motion to dismiss, stating that the company is located in the Middle District of Florida and claiming that the Plaintiff did not state a claim.

3. Following the filing of the motion, the Parties met and conferred regarding transfer of venue to the Middle District of Florida. Given Defendant's arguments in its motion and to conserve the resources of this Court, the Parties agree that this transfer is appropriate.

4. In light of this agreement, the Parties request that all pending deadlines be vacated.

5. The Parties agree that neither party is prejudiced by the agreements set forth herein that no response is due to the pending motion to dismiss, and that this Stipulation transferring the case to the Middle District of Florida is without prejudice to Forbes & York's F.R.C.P. 12(b)(6) motion to dismiss for failure to state a claim.

6. Specifically, the Defendant requests that, following transfer, updated briefing be allowed as to pertinent 11th Circuit law on Defendant's Rule 12(b)(6) motion.

7. The Plaintiff stipulates to this request and intends to respond to any revised motion to dismiss.

THEREFORE, the Parties hereby stipulate and agree, subject to approval by this Court, to transfer this case to the Middle District of Florida, and ordering a new briefing schedule on Defendant's Rule 12(b)(6) motion established for the parties following transfer allowing Defendant to update its motion as to 11th Circuit law and with Plaintiff's response reserved.

IT IS SO STIPULATED.

IT IS SO ORDERED.

Dated this 13th day of June, 2024

_____
Hon. Gordon P. Gallagher
United States District Judge

RESPECTFULLY SUBMITTED AND DATED June 12, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

FLEMING, LOWENBERG & COOLING
THE LAW OFFICE OF DANIEL J. LOWENBERG, L.L.C.

By:   */s/ Daniel Lowenberg*
Daniel J. Lowenberg, CO Atty. Reg. No. 37262
144 S. Uncompahgre Ave., Montrose, CO 81401
Tel: 970.240.2812, Facsimile: 970.240.2860
Email: daniel@flclawfirm.com

*Counsel to Defendant Forbes & York*

3