# U.S. District Court – District of Colorado
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:24–cv–01208–GPG

| | |
|---|---|
| Tom v. Forbes & York Insurance LLC et al | Date Filed: 05/02/2024 |
| Assigned to: District Judge Gordon P Gallagher | Date Terminated: 06/13/2024 |
| Cause: 47:227 Restrictions of Use of Telephone Equipment | Jury Demand: Plaintiff |
| | Nature of Suit: 485 Telephone Consumer Protection Act (TCPA) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David Tom**     represented by    **Andrew Roman Perrong**
*individually and on behalf of all others similarly situated*

Perrong Law LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
215–225–5529
Fax: 888–329–0305
Email: a@perronglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617–485–0018
Fax: 508–318–8100
Email: anthony@paronichlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Forbes & York Insurance LLC**    represented by    **Daniel Joseph Lowenberg**
*doing business as*
MedAdvantage Partners

Fleming Lowenberg & Cooling
144 South Uncompahgre Avenue
PO Box 1293
Montrose, CO 81401
970–240–2812
Fax: 970–240–2860
Email: djl@flemingandlowenberg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Assurance Pivot, LLC, The**
*doing business as*
SkyBridge Leads

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2024 | Ï 1 | COMPLAINT against Forbes & York Insurance LLC d/b/a MedAdvantage Partners, The Assurance Pivot, LLC d/b/a Skybridge Leads (Filing fee $ 405,Receipt Number ACODC−9667036)Attorney Anthony I. Paronich added to party David Tom(pty:pla), filed by David Tom. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Proposed Assurance Summons, # 3 Summons Proposed Forbes Summons)(Paronich, Anthony) (Entered: 05/02/2024) |
| 05/02/2024 | Ï 2 | Case assigned to Magistrate Judge Kathryn A. Starnella. Text Only Entry. (blaws) (Entered: 05/03/2024) |
| 05/02/2024 | Ï 3 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Magistrate Judge Consent Form)(blaws) (Entered: 05/03/2024) |
| 05/07/2024 | Ï 4 | SUMMONS Returned Executed by David Tom. Assurance Pivot, LLC, The served on 5/6/2024, answer due 5/28/2024. (Paronich, Anthony) (Entered: 05/07/2024) |
| 05/08/2024 | Ï 5 | SUMMONS Returned Executed by David Tom. Forbes & York Insurance LLC served on 5/8/2024, answer due 5/29/2024. (Paronich, Anthony) (Entered: 05/08/2024) |
| 05/16/2024 | Ï 6 | MINUTE ORDER. Pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non−Consent to United States Magistrate Judge Jurisdiction form [#3−2] is August 1, 2024. by Magistrate Judge Kathryn A. Starnella on 5/16/2024. Text Only Entry (kaslc2, ) (Entered: 05/16/2024) |
| 05/16/2024 | Ï 7 | ORDER SETTING SCHEDULING/PLANNING CONFERENCE by Magistrate Judge Kathryn A. Starnella on 16 May 2024. Proposed Scheduling Order due 8/8/2024. Scheduling Conference set for 8/15/2024 09:30 AM in Courtroom C204 before Magistrate Judge Kathryn A. Starnella. (Attachments: # 1 Continuation of Main Document, # 2 Continuation of Main Document) (cmadr, ) (Entered: 05/16/2024) |
| 05/28/2024 | Ï 8 | MOTION for Leave to File Excess Pages by Defendant Forbes & York Insurance LLC. (Attachments: # 1 Proposed Order (PDF Only) Proposed order on motion to exceed page limits)(Lowenberg, Daniel) (Entered: 05/28/2024) |
| 05/29/2024 | Ï 9 | Minute ORDER by Magistrate Judge Kathryn A. Starnella on 29 May 2024. IT IS HEREBY ORDERED that the Motion for Leave to File a Motion to Dismiss in Excess of the Fifteen−Page Limitation 8 is GRANTED. The page limitation for Defendant Forbes & York Insurance LLC's forthcoming motion to dismiss is extended to nineteen pages.(cmadr, ) (Entered: 05/29/2024) |
| 05/29/2024 | Ï 10 | MOTION to Dismiss *Complaint* by Defendant Forbes & York Insurance LLC. (Attachments: # 1 Affidavit Affidavit of Jack Stapleton, # 2 Proposed Order (PDF Only) Proposed Order on Motion to Dismiss Complaint)(Lowenberg, Daniel) (Entered: 05/29/2024) |
| 06/12/2024 | ï 11 | STIPULATION re 10 MOTION to Dismiss *Complaint JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA* by Plaintiff David Tom. (Paronich, Anthony) (Entered: 06/12/2024) |
| 06/12/2024 | ï 12 | Minute ORDER by Magistrate Judge Kathryn A. Starnella on 12 June 2024. In the absence of all named parties, full consent may not be achieved at this time. In light of the pending Stipulation 1 , IT IS HEREBY ORDERED that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a). Case randomly reassigned to District Judge Gordon P Gallagher and drawn to Magistrate Judge Kathryn A. Starnella. All future pleadings shall be designated as: 24−cv−01208−GPG. (cmadr, ) (Entered: 06/12/2024) |

| 06/13/2024 | 13 | JOINT STIPULATION AND ORDER Transferring Case to the United States District Court for the Middle District of Florida. By District Judge Gordon P Gallagher on 6/13/2024. (schap, ) (Entered: 06/13/2024) |
|---|---|---|