UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DAVID TOM, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.
_____/

Case No. 8:24-cv-1320-SDM-SPF

**NOTICE OF APPEARANCE**

    I, Todd Stone, hereby request that this Honorable Court enter my appearance in the above-captioned matter as lead counsel for Defendant Forbes & York Insurance LLC d/b/a MedAdvantage Partners.

    Respectfully submitted,

    Forbes & York Insurance LLC d/b/a MedAdvantage Partners,

    By its attorney,

    /s/ Todd Stone
    TODD STONE
    Florida Bar No. 947970
    THE STONE LAW GROUP
    101 N.E. Third Ave., Suite 1250
    Fort Lauderdale, FL 33301

Telephone: (954) 804-9454  
Fax: (954) 333-3655  
tstone@tislaw.net

June 21, 2024

## **CERTIFICATE OF SERVICE**

    I, Todd Stone, hereby certify that on June 21, 2024, I electronically filed and served the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Todd Stone  
TODD STONE  
Florida Bar No. 947970