UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated, | Case No. 8:24-cv-01320-SDM-SPF |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | |
| **FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS** and **THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS,** | |
| *Defendant.* | |

## NOTICE OF APPEARANCE

Plaintiff Tom hereby provides notice of the appearance of counsel Avi R. Kaufman on Plaintiff's behalf.

Respectfully Submitted,

DATED this 21st day of June, 2024.

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

1