UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS** and **THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS,**<br>*Defendant.* | Case No. 8:24-cv-01320-SDM-SPF<br><br>**CLASS ACTION** |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO MOTION**

Plaintiff Tom respectfully requests, and Defendant does not oppose, a brief extension of time within which to respond to Defendant Forbes & York Insurance LLC's amended motion to dismiss (ECF 20).

1. On June 21, 2024, Defendant filed an amended motion to dismiss (ECF 20). Accordingly, Plaintiff's response to the motion is due on July 12, 2024.

2. Due to Plaintiff's counsel's previously scheduled travel and the complexity of the facts and law in Defendant's motion and the response thereto, Plaintiff requires a brief two week extension to respond to the motion to dismiss, or until July 26, 2024. Defendant does not oppose Plaintiff's request.

1

3. No party will be prejudiced by the requested extension, and granting the brief extension to file the respective responses will not require an extension of any other deadline in the action.

4. Accordingly, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to the motion to dismiss until July 26, 2024.

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiff's undersigned counsel certifies that he conferred with Defendant's counsel and is authorized to represent that the Defendant does not oppose the relief requested in this motion.

DATED this 1st day of July, 2024.

Respectfully Submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*