UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DAVID TOM, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

Case No. 8:24-cv-1320-SDM-SPF

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.
_____/

### DEFENDANT FORBES & YORK INSURANCE LLC d/b/a MEDADVANTAGE PARTNERS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS AMENDED MOTION TO DISMISS COMPLAINT

Defendant Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("Forbes"), pursuant to Middle District of Florida Local Rule 3.01(d), hereby requests leave to file a reply memorandum in support of its amended motion to dismiss the complaint brought by plaintiff David Tom ("Tom") (DE 20) (the "Motion"), and to briefly respond to certain factual mischaracterizations and legal errors contained in Tom's opposition to the Motion (DE 24) (the "Opposition").

The Motion sought dismissal of Tom's Complaint for failure to state a claim under Rule 12(b)(6), arguing that the Complaint has failed to plead sufficient non-

speculative facts connecting Forbes with the Unauthorized Calls. While the Complaint alleges that Forbes and its purported agent placed an Authorized Call to Tom, the Complaint does not link up that permitted call with any of the alleged violative calls that preceded it.

In his Opposition, Tom constructs a factual narrative that is at odds with the more bare-bones allegations in the Complaint, and cites to legal authorities that do not assist Tom in avoiding dismissal here. In its proposed reply memorandum, Forbes will draw the Court's attention to the numerous facts in Tom's Opposition that can be nowhere found in his Complaint, and will address the ineffectiveness of Tom's legal arguments. The proposed reply memorandum is seven (7) pages in length, inclusive of all parts, and Forbes believes that it will further assist this Court in ruling on Forbes' Motion.

DATED:   August 6, 2024

                                                     Respectfully submitted,

                                                     *Forbes & York Insurance LLC d/b/a MedAdvantage Partners*,

                                                     By its attorney,

                                                   /s/ Todd Stone
                                                 TODD STONE
                                                 Florida Bar No. 947970
                                                 THE STONE LAW GROUP
                                                 101 N.E. Third Ave., Suite 1250

Fort Lauderdale, FL 33301
Telephone: (954) 804-9454
Fax: (954) 333-3655
tstone@tislaw.net

## CERTIFICATE OF SERVICE

I, Todd Stone, hereby certify that on August 6, 2024, I electronically filed and served the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Todd Stone
TODD STONE
Florida Bar No. 947970