UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>**FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS** and **THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS,**<br>   *Defendants*. | Case No. 8:24-cv-01320-SDM-SPF<br><br>**CLASS ACTION** |

**JOINT MOTION FOR CASE MANAGEMENT CONFERENCE**

Pursuant to the Court's Order regarding the IDEAL Program (DE 26), the Parties hereby request a Case Management Conference, and state:

1. This case was transferred to this district and an Order referring the case for the IDEAL Program was entered on June 17, 2024 (D.E. 17).

2. The Court's Order instructs the parties to file a motion requesting a Case Management Conference.

3. Therefore, the Parties respectfully request that a Case Management Conference be scheduled before the assigned magistrate judge.

DATED this 13th day of August, 2024.

Respectfully Submitted,

By: <u>/s/ Todd Stone</u>
Todd Stone (FL Bar no. 947970)
tstone@tislaw.net
THE STONE LAW GROUP
101 N.E. Third Ave., Suite 1250
Fort Lauderdale, FL 33301
Telephone: (954) 804-9454
*Attorneys for Defendant Forbes & Insurance LLC d/b/a MedAdvantage Partners*

By: /s/ *Avi R. Kaufman*
R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative York Classes*