# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| CASE NO. 8:24-cv-1320-SDM-SPF | DATE: August 27, 2024 |

HONORABLE: SEAN P. FLYNN, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| DAVID TOM | Avi Kaufman<br>Attorney for Plaintiff |
| v. | |
| FORBES & YORK INSURANCE LLC et al | Todd Stone<br>Attorney for Defendants |
| COURTROOM DEPUTY: Eric Calderon | COURTROOM: Video Conference |
| INTERPRETER / LANGUAGE: N/A | COURT RPTR: Digital |
| TIME: 2:28 – 2:36 | TOTAL: 0:08 |

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

The Court and parties discuss the Ideal Program.

The Court and parties discuss early mediation and informal discovery.

The parties are to file within 7 days either a Consent to a Magistrate Judge or the Case Management Report.