UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID TOM,

    Plaintiff,

v.                                   CASE NO. 8:24-cv-01320-SDM-SPF

FORBES & YORK INSURANCE LLC
and ASSURANCE PIVOT LLC,
    Defendants.
_____/

**ORDER**

1.    The parties must conform to the deadlines proposed in the case management report.

2.    The parties must adhere to both the pre-trial meeting and pre-trial statement requirements of the Local Rules and to the pre-trial disclosure requirements in the Federal Rules of Civil Procedure.

3.    Either a motion to amend a pleading or a motion to continue a hearing, the pre-trial conference, or the trial is distinctly disfavored after issuance of this order.

4.    The parties must serve no more than twenty-five interrogatories, including sub-parts.

5.    The pre-trial conference will occur before **Magistrate Judge Sean P. Flynn** in Courtroom 11B, United States Courthouse, 801 North Florida Avenue, Tampa, on **DECEMBER 2, 2025 at 10:30 AM.**

>     ANY DISPUTE ABOUT DISCOVERY, THE WITNESS LIST, OR THE EXHIBIT LIST REQUIRES JUDICIAL RESOLUTION AT OR BEFORE THE PRE-TRIAL CONFERENCE—NOT AT TRIAL. OTHERWISE, ABSENT STIPULATION BY THE PARTIES, ONLY A WITNESS ON THE WITNESS LIST CAN TESTIFY AT TRIAL AND ONLY AN EXHIBIT ON THE EXHIBIT LIST IS ADMISSIBLE AT TRIAL. THE PARTIES MAY AGREE ON ANY DISCOVERY MATTER, BUT—UNLESS ADDRESSED AT THE PRE-TRIAL CONFERENCE—EACH PARTY ASSUMES THE RISK OF NON-COMPLIANCE BY THE OTHER PARTY.

6. Lead trial counsel for each party must attend the pre-trial conference.

7. A jury trial will occur in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, during the **FEBRUARY 2026** trial term.

8. At least five days before the monthly trial term, the parties must file:

    (a) a trial brief with citations of authority and with argument of the disputed issues likely to arise at trial;

    (b) a concise (preferably one paragraph) joint statement of the action for presentation to the venire;

    (c) proposed jury instructions;

    (d) proposed verdict forms; and

    (e) proposed voir dire.

ORDERED in Tampa, Florida, on September 5, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE