# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS** and **THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS,**<br>*Defendants.* | Case No. 8:24-cv-01320-SDM-SPF<br><br>**CLASS ACTION** |

## NOTICE OF MEDIATION SCHEDULING

The parties have scheduled mediation in this action with Jack Townsend to take place on November 11, 2024 at 9:30 a.m.

Dated: September 12, 2024             Respectfully submitted,

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman