# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

DAVID TOM, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

    Case No. 8:24-cv-1320-SDM-SPF

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.
_____/

## DEFENDANT FORBES & YORK INSURANCE LLC d/b/a MEDADVANTAGE PARTNERS' INITIAL DISCLOSURES

Defendant Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("FORBES"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby makes the following initial disclosures based on the information reasonable available to FORBES at this time:

**(a)(1)(A)(i) THE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION – ALONG WITH THE SUBJECTS OF THAT INFORMATION—THAT FORBES MAY USE TO SUPPORT THE CLAIM:**

| NAME | CONTACT INFORMATION | SUBJECT OF KNOWLEDGE |
|---|---|---|
| David Tom | Contact through Plaintiff's counsel | Facts and circumstances as alleged in the Complaint |
| Forbes & York Insurance | Contact through | FORBES did not initiate |

| LLC corporate representative | Defendant's counsel | call to Plaintiff; all relevant agents comply with all applicable state and federal laws |
| As yet unidentified employees or agents of The Assurance Pivot, LLC | Unknown | Unknown as FORBES does not have any knowledge regarding this Defendant |

FORBES expressly reserves the right to supplement this list as the investigation into the facts of this case and discovery progress. FORBES also reserves the right to add or substitute other qualified witnesses knowledgeable about the topics listed above, or otherwise supplement or amend these Initial Disclosures, as necessary.

**(a)(1)(A)(ii) A COPY—OR A DESCRIPTION BY CATEGORY AND LOCATION—OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT PLAINTIFF HAS IN HIS POSSESSION, CUSTODY AND CONTROL, AND MAY USE TO SUPPORT THE CLAIM:**

FORBES does not have any relevant documents within its possession, custody, or control. FORBES expressly reserves the right to supplement this list of documents as the investigation into the facts of this case and discovery progress.

**(a)(1)(A)(iii) A COMPUTATION OF EACH CATEGORY OF DAMAGES CLAIMED BY PLAINTIFF:**

FORBES does not believe Plaintiff has suffered any damages. FORBES reserves the right to supplement or amend these damage computations.

**(a)(1)(A)(iv) ANY INSURANCE AGREEMENT UNDER WHICH AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A POSSIBLE JUDGMENT IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT:**

Not applicable to FORBES.

DATED:    September 18, 2024

>Respectfully submitted,
>
>*Forbes & York Insurance LLC d/b/a MedAdvantage Partners*,
>
>By its attorney,
>
>/s/ Todd Stone
>TODD STONE
>Florida Bar No. 947970
>THE STONE LAW GROUP
>101 N.E. Third Ave., Suite 1250
>Fort Lauderdale, FL 33301
>Telephone: (954) 804-9454
>Fax: (954) 333-3655
>tstone@tislaw.net

### CERTIFICATE OF SERVICE

I, Todd Stone, hereby certify that on September 18, 2024, I electronically filed and served the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/ Todd Stone
>TODD STONE
>Florida Bar No. 947970