## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**DAVID TOM, individually and on behalf of all others similarly situated,**
**Plaintiff,**
v.

**FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS and THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS,**
**Defendants.**
_____/

Case No. 8:24-cv-01320-SDM-SPF
CLASS ACTION

## MEDIATION REPORT

Pursuant to the Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on , at the mediation conference:

( xx ) Plaintiff/Counsel Appeared                ( ) Plaintiff/Counsel did not Appear

( xx ) Defendant/Counsel Appeared                ( ) Defendant/Counsel did not Appear

<u>PLAINTIFF'S ATTORNEY/FIRM</u>:
Avi Kaufman, Esq.
Rachel Kaufman, Esq.
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133

<u>DEFENDANT'S ATTORNEY/FIRM</u>:
Todd I. Stone, Esq.
The Stone Law Group
101 NE Third Avenue, Suite 1250
Fort Lauderdale, Florida 33301

**RESULTS**:
(xx)   No Settlement Agreement

      /s/ Jack L Townsend, Sr.
Jack L. Townsend, Sr., Mediator
Law Office of Jack L. Townsend, Sr., P.A.
P.O. Box 291339, Tampa, FL 33687