UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID TOM, individually and on
behalf of all others similarly situated,

    *Plaintiff,*　　　　　　　　　　　　　CASE NO.: 8:24-cv-01320-SDM-SPF

v.

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    *Defendants.*
_____/

**DEFENDANT FORBES & YORK LLC'S MOTION FOR LEAVE TO WITHDRAW AND TO PERMIT SUBSTITUTION OF COUNSEL**

Pursuant to the requirements of Local Rule 2.02(c), Defendant, Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("Forbes"), hereby moves the Court for an entry an Order granting Todd Stone of The Stone Law Group ("Mr. Stone") leave to withdraw as counsel of record for Forbes and, further, permitting the substitution of Brandon C. Meadows and Ty D. Robare of the law firm of Jimerson Birr, P.A. in his place and stead. Mr. Stone shall have no further obligations or appearances before the Court in this cause.

Copies of all further correspondence, pleadings, and/or discovery matters pertaining to this case should be furnished to:

1

**Brandon C. Meadows, Esq.**
**Ty D. Robare, Esq.**
**Jimerson Birr, P.A.**
**One Independent Drive, Suite 1400**
**Jacksonville, FL 32202**
bmeadows@jimersonfirm.com
trobare@jimersonfirm.com
dorothyo@jimersonfirm.com
fileclerk@jimersonfirm.com

**THE STONE LAW GROUP**

 /s/ Todd Stone
Todd Stone
Florida Bar No. 947970
101 N.E. Third Ave., Suite 1250
Fort Lauderdale, FL 33301
Telephone: (954) 804-9454
Fax: (954) 333-3655
tstone@tislaw.net

**JIMERSON BIRR, P.A.**

_____
Brandon C. Meadows
Florida Bar No. 114246
Ty D. Robare
Florida Bar No. 1054101
One Independent Drive
Suite 1400
Jacksonville, FL 32202
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
bmeadows@jimersonfirm.com
trobare@jimersonfirm.com
dorothyo@jimersonfirm.com
fileclerk@jimersonfirm.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g) and its attendant requirement for the parties to meet and confer in good faith, respective counsel for Plaintiff and Defendant conferred via electronic communication on December 5, 2024 regarding this Motion, and Plaintiff does not oppose the relief requested herein.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2024, a copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

_____
Attorney