# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

DAVID TOM, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

                              Case No. 8:24-cv-1320-SDM-SPF

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT FORBES & YORK INSURANCE LLC d/b/a MEDADVANTAGE PARTNERS

Pursuant to the requirements of Local Rule 2.02(c), Todd Stone, Esq., hereby moves the Court for entry of an Order granting Todd Stone, Esq. of The Stone Law Group leave to withdraw as counsel of record for Defendant, Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("Forbes"). Brandon C. Meadows, Esq. and Ty D. Robare, Esq. have previously appeared as counsel for Forbes. ECF No. 38. A *Consent to Withdrawal of Counsel* executed by Forbes is attached hereto as Exhibit "A."

DATED:     January 14, 2025

Respectfully submitted,

/s/ Todd Stone

TODD STONE
Florida Bar No. 947970
THE STONE LAW GROUP
101 N.E. Third Ave., Suite 1250
Fort Lauderdale, FL 33301
Telephone: (954) 804-9454
Fax: (954) 333-3655
tstone@tislaw.net

### CERTIFICATE OF SERVICE

I, Todd Stone, hereby certify that on January 14, 2025, I electronically filed and served the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Todd Stone
TODD STONE
Florida Bar No. 947970

# Exhibit "A"

## CONSENT TO WITHDRAWAL OF COUNSEL

Defendant, Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("Forbes and York LLC"), hereby consents to the withdrawal of Todd Stone, of The Stone Law Group, as counsel of record in the above-styled case pursuant to Rule 2.02 of the Local Rules of The United States District Court for the Middle District of Florida.

Dated this 20 day of December, 2024.

Forbes & York LLC

By: Jack Stapleton

Its: Founder and Manager