**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**DAVID TOM,** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**FORBES & YORK INSURANCE LLC D/B/A MEDADVANTAGE PARTNERS** and **THE ASSURANCE PIVOT, LLC D/B/A SKYBRIDGE LEADS,**

*Defendants.*

Case No. 8:24-cv-01320-SDM-SPF

**CLASS ACTION**

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Tom and Defendant Forbes & York Insurance LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 22, 2025

Respectfully submitted,

*/s/ Avi R. Kaufman*

Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Class*

*Forbes & York Insurance LLC*
*d/b/a MedAdvantage Partners*,

*/s/ Ty D. Robare*
Ty D. Robare
Florida Bar No. 1054101
trobare@jimersonfirm.com
Brandon C. Meadows
Florida Bar No. 114246
bmeadows@jimersonfirm.com
JIMERSON BIRR, P.A.
701 Riverside Park Pl.
Jacksonville, FL 32204
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
dorothyo@jimersonfirm.com
fileclerk@jimersonfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*